IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| NASHVILLE PHARMACY SERVICES, LLC, ) ) ) ) | |
| Plaintiff, ) | No. 5:18-cv-00050-TBR |
| ) vs. ) ) | Judge Thomas B. Russell |
| EMPIRE PHARMACY CONSULTANTS, LLC, ) ) ) ) | |
| Defendant. ) ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this case.

Dated: June 13, 2018.

                                                            Respectfully submitted,

                                                  *Kendra Samson*
                                                  Kendra E. Samson
                                                  Charles Barrett
                                                  Benjamin C. Aaron
                                                  NEAL & HARWELL, PLC
                                                  1201 Demonbreun St.
                                                  Suite 1000
                                                  Nashville, TN 37203
                                                  (615) 244-1713

## CERTIFICATE OF SERVICE

      I, Charles Barrett, hereby certify that a true and complete copy of the foregoing was served via email and the Court's ECF filing system on the following on June 13, 2018.

James R. Coltharp , Jr.
Whitlow, Roberts, Houston & Straub, PLLC
300 Broadway Street
P.O. Box 995
Paducah, KY 42002-0995
270-443-4516
jcoltharp@whitlow-law.com

Bart Murphy
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, IL 60532
630-955-6392
bart.murphy@icemiller.com

                                            *Kendra Samson*
                                            Kendra E. Samson